**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **KAREN HILL** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 6:24-CV-00175** |
| | § | |
| **TRAVELERS PERSONAL** | § | |
| **INSURANCE COMPANY** | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Travelers Personal Insurance Company, the defendant in the above entitled and numbered cause, and files this notice of removal, and in support thereof would respectfully show unto this Honorable Court as follows:

**I.
STATE COURT ACTION**

1. This case was initially filed on March 1, 2024 in the 87th Judicial District Court of Leon County, Texas. The state court action is Cause No. 24-145-DCCV-00043, styled <u>Karen Hill v. Travelers Personal Insurance Company</u>, filed in the 87th Judicial District Court of Leon County, Texas.

**II.
PARTIES**

2. The plaintiff, Karen Hill, is an individual residing in Leon County, Texas.

3. The defendant, Travelers Personal Insurance Company ("Travelers"), a Connecticut corporation with its principal place of business in the State of Connecticut, is a citizen of Connecticut.

## III.
## JURISDICTION

4.      This Court has jurisdiction over the subject matter of this cause, pursuant to 28 U.S.C. § 1332, because this is a civil action in which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.  Accordingly, this cause is removable pursuant to 28. U.S.C. § 1441 and § 1446.

5.      Under 28 U.S.C. § 1446(a), venue of the removed action is proper in this Court as it is the district and division embracing the place where the state court action was filed.

## IV.
## TIMELINESS

6.      Travelers was served with process and the plaintiff's original petition on March 11, 2024.  Thirty days have not elapsed since Travelers was served with process. Accordingly, pursuant to 28 U.S.C. § 1446, this notice of removal is timely and proper.

## V.
## ATTACHMENTS

7.      Pursuant to 28 U.S.C. § 1446(a), the following exhibits are attached hereto and incorporated herein by reference for all purposes:

   a. Exhibit A:    Civil cover sheet;

   b. Exhibit B:    Copies of all executed processes in the case, if any;

   c. Exhibit C:    Copies of all pleadings asserting causes of action and all answers to such pleadings;

   d. Exhibit D:    Copies of all orders signed by the state court judge, if any;

   e. Exhibit E:    A copy of the state court docket sheet; and

  f. Exhibit F: An index of matters being filed.

## VI.
## CONDITIONS PRECEDENT

8. Travelers has tendered the filing fee required by the Clerk of the United States District Court for the Western District of Texas, Waco Division, along with this notice of removal. A copy of this notice of removal is also being filed in the 87th Judicial District Court of Leon County, Texas, and all counsel of record are being provided with complete copies.

## VII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Travelers Personal Insurance Company respectfully requests that the above action, Cause No. 24-145-DCCV-00043, styled <u>Karen Hill v. Travelers Personal Insurance Company</u>, filed in the 87th Judicial District Court of Leon County, Texas, be removed to this Court.

                 Respectfully submitted,

                 WILKINS PLLC
                 350 Pine Street, Suite 660
                 Beaumont, Texas 77706
                 (409) 241-8094
                 (409) 750-7826 facsimile

                 <u>/s/ Greg C. Wilkins</u>
                 Greg C. Wilkins
                 State Bar No. 00797669
                 gwilkins@wilkinspllc.com

                 ATTORNEYS FOR DEFENDANT,
                 TRAVELERS PERSONAL
                 INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the 8th day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and also forwarded it to all known counsel of record by email.

                                          /s/ Greg C. Wilkins
                                          Greg C. Wilkins