UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Karen Hill,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 6:24-CV-175-ADA-DTG |
| § | |
| **Travelers Personal Insurance Company, et al.,** § | |
| § | |
| Defendants. § | |

**O R D E R**

On September 24, 2025, the Court entered a Show Cause Order ordering the Plaintiff to respond by October 15, 2025, as to why this case should not be remanded for lack of subject-matter jurisdiction. Dkt. 29. Plaintiff, to date, has not responded. The Court thus finds that it lacks jurisdiction pursuant to 28 U.S.C. § 1332. *McLaughlin v. Mississippi Power Co.*, 376 F.3d 344, 353 (5th Cir. 2004). Accordingly, the Court **REMANDS** this case back to the 87th Judicial District Court of Leon County, Texas. This case is dismissed **WITHOUT PREJUDICE.** The Clerk of Court is requested to **CLOSE** the case.

**SIGNED** this 21st day of October, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE